UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Office of the Chapter 13 Standing Trustee
Andrew B. Finberg, Esquire
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002

In Re:

John D'Autrechy
Deborah Louise D'Autrechy

Case No.: 23-16366 ABA
Chapter: 13
Hearing Date: 11/7/2023 10:00 a.m.
Judge: Andrew B. Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Andrew B. Finberg,
   - ☐ am the : Chapter 13 Standing Trustee
   - ☐ am self-represented

   Phone number: 856-663-5002

   Email address: jarcher@standingtrustee.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Disbursement from Inherited IRA Funds

   Current hearing date and time: 11/7/2023 10:00 a.m.

   New date requested: 11/21/2023 at 10:00 a.m.

   Reason for adjournment request: Parties are working on a settlement.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 11/6/2023 _____            /s/ Andrew B. Finberg_____
                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 11/21/23 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2