STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. SMG0478
<u>239 US 22</u>
Suite 303A
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
Attorney for Debtors

Order Filed on November 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
IN RE:                                           CHAPTER 13
  John Robert D'Autrechy
  Deborah Louise D'Autrechy
                              :    Case No. 23-16366(ABA)
                Debtor         Hearing Date: 11/7/23 10:00 a.m.
_____:

### ORDER FOR DISBURSEMENT FROM INHERITED IRA FUNDS

The relief set forth on the following page, numbered 2, is hereby ordered:

**DATED: November 21, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**John Robert D'Autrechy**                                    Page 2
**Deborah Louise D'Autrechy**

Docket 23-16366
Order for Disbursement from Inherited Funds
_____

Upon Consideration of the Motion of **John Robert D'Autrechy and Deborah Louise D'Autrechy**, and the Court having considered the papers filed and the argument of counsel, if any, and the Court finding Notice sufficient and for good cause shown, it is

ORDERED as follows:

The debtor, Deborah Louise D'Autrechy, is hereby authorized to withdraw the sum of $60,000.00 from her inherited IRA finds for payment as set forth in debtors plan.