Case 23-16366-ABA   Doc 29   Filed 11/23/23   Entered 11/24/23 00:20:33   Desc Imaged

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. SMG0478
239 US 22
Suite 303A
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
Attorney for Debtors

**Order Filed on November 21, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                    CHAPTER 13
 John Robert D'Autrechy
 Deborah Louise D'Autrechy
                                   :   Case No. 23-16366(ABA)
                    Debtor        Hearing Date: 11/7/23 10:00 a.m.

## ORDER FOR DISBURSEMENT FROM INHERITED IRA FUNDS

     The relief set forth on the following page, numbered 2, is
hereby ordered:

**DATED: November 21, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**John Robert D'Autrechy**                                    **Page 2**
**Deborah Louise D'Autrechy**

Docket 23-16366
Order for Disbursement from Inherited Funds

_____


Upon Consideration of the Motion of **John Robert D'Autrechy and
Deborah Louise D'Autrechy**, and the Court having considered the
papers filed and the argument of counsel, if any, and the Court
finding Notice sufficient and for good cause shown, it is

ORDERED as follows:

The debtor, Deborah Louise D'Autrechy, is hereby authorized to
withdraw the sum of $60,000.00 from her inherited IRA finds for
payment as set forth in debtors plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-16366-ABA

John Robert D'Autrechy                                                                          Chapter 13

Deborah Louise D'Autrechy

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + John Robert D'Autrechy, Deborah Louise D'Autrechy, 39 Lejune Road, Cinnaminson, NJ 08077-2115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 NJ_ECF_Notices@McCalla.com, mccallaecf@ecf.courtdrive.com |
| Stephen M. Goldberg | on behalf of Debtor John Robert D'Autrechy bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com |

District/off: 0312-1                                         User: admin                                         Page 2 of 2
Date Rcvd: Nov 21, 2023                                Form ID: pdf903                                   Total Noticed: 1

Stephen M. Goldberg

       on behalf of Joint Debtor Deborah Louise D'Autrechy bk2notices@smgpc.com
       bk2notices@gmail.com;bknoticessmg@outlook.com

U.S. Trustee

       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7