| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, National Association, et al. | |
| In Re:<br><br>John Robert D'Autrechy & Deborah Louise D'Autrechy,<br><br>Debtors. | Case No.:  __23-16366-ABA__<br><br>Chapter:  __13__<br><br>Hearing Date:  __01/02/2024__<br><br>Judge:  __Altenburg__ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 39 Lejune Road, Cinnamonson, NJ (Docket # 30)

_____

Date: 12/28/2023                              /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*