

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust  2021-NR4

In Re:

    Deborah Louise D' Autrechy
    John Robert D' Autrechy a/k/a John D R Autrechy, a/k/a John Dautrechy

    Debtors

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-16366 ABA

Hearing Date: 1/2/2024 @ 10:00 a.m.

Judge:  Andrew B. Altenburg Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 18, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Deborah Louise D' Autrechy & John Robert D' Autrechy a/k/a John D R Autrechy, a/k/a John Dautrechy
Case No:  23-16366 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 39 Lejune Rd, Cinnaminson, NJ, 08077, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stephen M. Goldberg, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 4, 2024, Debtors are current on post-petition mortgage payments; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1,2024, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.