Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16366−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Robert D'Autrechy
aka John D R Autrechy, aka John Dautrechy
39 Lejune Road
Cinnaminson, NJ 08077

Deborah Louise D'Autrechy
39 Lejune Road
Cinnaminson, NJ 08077

Social Security No.:
xxx−xx−9427                     xxx−xx−3588

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 15, 2024.

Dated: March 15, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Robert D'Autrechy  
Deborah Louise D'Autrechy  
    Debtors

Case No. 23-16366-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Mar 15, 2024      Form ID: plncf13      Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Robert D'Autrechy, Deborah Louise D'Autrechy, 39 Lejune Road, Cinnaminson, NJ 08077-2115 |
| 519980903 | + | CIM Trust 2018-R4 23, 60 Livingston Ave, EP-MN-WS3D, Saint Paul, MN 55107-2292 |
| 519980906 | +++ | Fay Servicing, LLC, 5426 Bay Center Drive, Suite 300, Tampa , Florida 33609-3401 |
| 519980909 | + | Sheriff of Burlington County, County Office Building-- 2nd Flr, 49 Rancocas Road, P O Box 6000, Mount Holly, NJ 08060-6000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2024 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2024 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519980904 | | Email/Text: bankruptcycourts@equifax.com | Mar 15 2024 21:20:00 | Equifax Credit Information Services, P O Box 740241, Atlanta, GA 30374 |
| 519980905 | ^ | MEBN | Mar 15 2024 21:01:16 | Experian, P O Box 2002, Allen, TX 75013-2002 |
| 519980907 | ^ | MEBN | Mar 15 2024 21:04:55 | Friedman Vartolo LLP - 22, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 519980908 | + | Email/Text: RASEBN@raslg.com | Mar 15 2024 21:19:00 | RAS Crane, LLC, Bankruptcy Department, 10700 Abbott's Bridge Road, STE 170, Duluth, GA 30097-8461 |
| 519980910 | ^ | MEBN | Mar 15 2024 21:00:13 | TransUnion, P O Box 2000, Chester, PA 19016-2000 |
| 520028988 | ^ | MEBN | Mar 15 2024 21:02:43 | U.S. Bank National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519980911 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 15 2024 21:21:00 | US Bank Trust, NA, 60 Livingston Ave, Saint Paul, MN 55107-2575 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: plncf13 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 NJ_ECF_Notices@McCalla.com, mccallaecf@ecf.courtdrive.com |
| Stephen M. Goldberg | on behalf of Debtor John Robert D'Autrechy bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com |
| Stephen M. Goldberg | on behalf of Joint Debtor Deborah Louise D'Autrechy bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8