UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Office of the Chapter 13 Standing Trustee
Andrew B. Finberg, Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

Order Filed on August 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOHN ROBERT D'AUTRECHY**
**DEBORAH LOUISE D'AUTRECHY**
**Debtor(s)**

Case No. 23-16366 (ABA)

Judge:   Andrew B. Altenburg, Jr.

Date of Hearing:   August 15, 2025

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 15, 2025

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:** **JOHN ROBERT AND DEBORAH LOUISE D'AUTRECHY**
**Case No.** **23-16366 (ABA)**
**Order:** **ORDER DISMISSING CASE**

___

This matter having been brought before the Court on a Motion to Dismiss Case by Andrew B. Finberg, Chapter 13 Standing Trustee, and the Court having considered the moving papers, and for good cause being shown:

**IT IS ORDERED** that Case No 23-16366 (ABA) is hereby dismissed; and

I**T IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16366-ABA |
| John Robert D'Autrechy | Chapter 13 |
| Deborah Louise D'Autrechy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Robert D'Autrechy, Deborah Louise D'Autrechy, 39 Lejune Road, Cinnaminson, NJ 08077-2115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 15, 2025 | Form ID: pdf903 | Total Noticed: 1

    2021-NR4 NJ_ECF_Notices@McCalla.com, mccallaecf@ecf.courtdrive.com

Stephen M. Goldberg
    on behalf of Debtor John Robert D'Autrechy StephenMGoldbergPC@jubileebk.net
    bk2notices@gmail.com;bknoticessmg@outlook.com;StephenMGoldbergPC@jubileebk.net

Stephen M. Goldberg
    on behalf of Joint Debtor Deborah Louise D'Autrechy StephenMGoldbergPC@jubileebk.net
    bk2notices@gmail.com;bknoticessmg@outlook.com;StephenMGoldbergPC@jubileebk.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8