Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.:  23−16366−ABA
                         Chapter:  13
                         Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Robert D'Autrechy<br>aka John D R Autrechy, aka John Dautrechy<br>39 Lejune Road<br>Cinnaminson, NJ 08077 | Deborah Louise D'Autrechy<br>39 Lejune Road<br>Cinnaminson, NJ 08077 |

Social Security No.:
  xxx−xx−9427                                       xxx−xx−3588

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 19, 2025</u>                       <u>Andrew B. Altenburg Jr.</u>
                                                          Judge, United States Bankruptcy Court